# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-25-00286-CR

**Devan Michael Hunter, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-23-4329-C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Devan Michael Hunter has filed a motion to dismiss his appeal.  The motion is signed by both appellant and his attorney.  *See* Tex. R. App. P. 42.2(a).  We grant the motion and dismiss the appeal.  *See id*.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed:   June 11, 2025

Do Not Publish